IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONTA REGUSTERS,<br><br>    *Plaintiff,*<br><br>v.<br><br>CITY OF PHILADELPHIA, et. al.,<br><br>    *Defendants.* | CIVIL ACTION<br>NO. 25-865 |

### ORDER

**AND NOW**, this 12th day of November 2025, upon consideration of defendant Angela Gaines's Motion for Judgment on the Pleadings (Dkt. No. 28) and plaintiff Donta Regusters's Response (Dkt. No. 30), it is **ORDERED**:

1. Regusters's Request for Leave to Amend is **GRANTED**. Regusters may amend his malicious prosecution and conspiracy claims under federal and state law, consistent with the Memorandum Opinion, **on or before Friday, December 12, 2025**; and

2. Gaines's Motion for Judgment on the Pleadings is **DENIED as moot**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.