## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DONTA REGUSTERS,

      *Plaintiff,*

   v.

CITY OF PHILADELPHIA, et al.,

      *Defendants.*

CIVIL ACTION
NO. 25-865

## ORDER

**AND NOW**, this 12th day of February, 2026, upon consideration of the defendant's Motion for Judgment on the Pleadings (Dkt. No. 38) and the plaintiff's Amended Complaint (Dkt. No. 33) and response in opposition to the motion (Dkt. No. 39), it is **ORDERED** the Motion is **GRANTED in part and DENIED in part**.

Judgment is entered on behalf of Angela Gaines on the civil conspiracy and failure-to-intervene claims under 42 U.S.C. § 1983 and Pennsylvania law (Counts II, III & VI).  Regusters's malicious prosecution claims under 42 U.S.C. § 1983 and Pennsylvania law (Counts I & V) against Gaines may proceed to discovery.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.